

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00382-CV

| | | |
|---|---|---|
| STANWICH MORTGAGE LOAN TRUST F AND ITS TRUSTEE WILMINGTON SAVINGS FUND SOCIETY, FSB, Appellants | § § | On Appeal from the 67th District Court of Tarrant County (067-323499-21) |
| V. | § | August 25, 2022 |
| OAK CREEK OWNERS ASSOCIATION, INC., Appellee | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings.

It is further ordered that Appellee Oak Creek Owners Association, Inc. shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Mike Wallach_____
     Justice Mike Wallach